May Richards Snow and Chicago Title and Trust Company, Executors Under the Last Will and Testament of Edgar M. Snow, Deceased, Surviving Partner of the Partnership of Edgar M. Snow and Andrew S. Brock, Trading as Edgar M. Snow and Company, Appellants, v. Alexander S. Schulman, Appellee.

Gen. No. 40,260.

390

opinion filed May 13, 1941. Tenney, Harding, Sherman & Rogers, for appellants; Roger Sherman, S. Ashley Guthrie and William W. Miller, of counsel; Miller, Gorham, Wescott & Adams and Charles P. Schwartz, for appellee; Frederic O. Mason and Amos C. Miller, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."